IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA WOOD as the administrator for the estate of RICHARD WOOD, et al.<br><br>       Plaintiffs,<br><br> v.<br><br>MERCK & CO., INC., PFIZER INC, MONSANTO COMPANY PHARMACIA CORPORATION, and G.D. SEARLE LLC,<br><br>       Defendants. | Cause No.   3:06-cv-4923-CRB<br><br>MDL   :05-cv-01699 IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION |

**PLAINTIFFS' MOTION TO TRANSFER PLAINTIFFS' CASES**

COME NOW Plaintiffs and moves for order that the following cases identified in this motion be transferred to the United States District Court for the Eastern District of Missouri. In support thereof, plaintiffs state as follows:

1.  On or about April 26, 20006, the case of <u>Wood et al v. Merck & Co., Inc. et al</u>, 4:06-cv-00772-CDP was filed in the United States District Court for the Eastern District of Missouri. For the following plaintiffs on the <u>Wood</u> complaint, plaintiffs <u>only</u> alleged Vioxx claims: (1)  William Fiedler and (2)  Eugene Kisiolek.

2.  The United States District Court for the Eastern District of Missouri inadvertently transferred the cases identified in ¶1 to this Court.

3.  Plaintiff requests an order that these cases merely be transferred back to the District

Court for the Eastern District of Missouri.

  WHEREFORE, plaintiffs pray for an Order transferring the following plaintiffs cases back to the United States District Court for the Eastern District of Missouri: (1) William Fiedler and (2) Eugene Kisiolek and for such other and further relief which may in the premises be just and proper.

              JEFFREY J. LOWE, P.C.

              By  \s\ Jeffrey J. Lowe
                Jeffrey J. Lowe  #10538
                Attorney for Plaintiff
                8235 Forsyth, Suite 1100
                Clayton, Missouri 63105
                (314) 678-3400
                (314) 678-3401 (facsimile)

## **CERTIFICATE OF SERVICE**

  I hereby certify that a copy of the foregoing was serviced electronically on all counsel of record this 4th day of April, 2007.

              By  \s\ Jeffrey J. Lowe



May 15, 2007

509399 / 004128