1  John J. Carey
   **CAREY & DANIS, LLC**
2  8235 Forsyth Blvd., Suite 1100
   St. Louis, Missouri 63105
3  Telephone: 314.725.7700
   Facsimile: 314.721.0905
4  Attorneys for Plaintiffs

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                         SAN FRANCISCO DIVISION

| | |
|---|---|
| 12 IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND<br>13 PRODUCT LIABILITY LITIGATION | Case No. : 06-4923 CRB<br><br>**MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| 15 Laura Wood, et al., | |
| 16                                Plaintiffs | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| 17 vs. | |
| 18 Pfizer Inc., et al., | |
| 19                                Defendants | |

21    Come now the Plaintiffs Laura Wood, as the administrator for the estate of Richard

22 Wood, in the above-entitled action and Defendants, by and through the undersigned attorneys,

23 pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of

24 this action **with prejudice** as to the plaintiffs named herein only with each side bearing its own

25 attorneys' fees and costs.

DATED: 1/15, 2010    By: [signature]

John J. Carey
**CAREY & DANIS, LLC**
8235 Forsyth Blvd., Suite 1100
St. Louis, Missouri 63105
Telephone: 314.725.7700
Facsimile: 314.721.0905

*Attorneys for Plaintiffs*

DATED: 1/27, 2010    By: [signature]

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-335-4500
Facsimile: 212-335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: FEB - 3 2010

[signature]
Hon. Charles R. Breyer
United States District Court

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE